UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ERIC RAMIREZ,

                Petitioner,

   -against-

THOMAS POOLE, Superintendent,
Five Points Correctional Facility,

                Respondent.
-----------------------------------------------------------------X

JUDGMENT
03-CV- 5202 (NGG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAY 1 1 2005 ★

BROOKLYN OFFICE

      A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on May 9, 2005, denying petitioner's petition for a writ of habeas corpus; and ordering that a Certificate of Appealability shall not issue; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that judgment is hereby entered denying petitioner's petition for a writ of habeas corpus; and that a Certificate of Appealability shall not issue.

Dated: Brooklyn, New York
       May 10, 2005

                                                 ROBERT C. HEINEMANN
                                                 Clerk of Court